# Exhibit A

Filed
D.C. Superior Court
04/20/2015 12:50PM
Clerk of the Court

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA – CIVIL DIVISION

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY, a/s/o, 1441 RHODE ISLAND AVENUE CONDOMINIUM ASSOCIATION** <br> **P.O. Box 950** <br> **Bala Cynwd, PA 19004,** <br><br>     **Plaintiffs,** <br><br> vs. <br><br> **LEND LEASE (U.S.) CONSTRUCTION, INC.** <br> **200 Park Avenue** <br> **9th Floor** <br> **New York, NY 10166** <br><br> **Serve On:  Resident Agent** <br> **CT Corporation System** <br> **1015 15th Street, NW** <br> **Suite 1000** <br> **Washington, D.C. 20005** | <br><br><br><br><br><br><br> **Case No.:** <br><br> **(Jury Trial Requested)** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs Philadelphia Insurance Company as subrogee of 1441 Rhode Island Avenue Condominium Association,  ("PIC") by their attorneys, James D. Skeen, and Skeen & Kauffman, LLP, sue Defendant Lend Lease (U.S.) Construction, Inc. ("Lend Lease") and, in support of their Complaint, state:

### Introduction

1.      This action for negligence arises from water damage at the condominium units located at 1441 Rhode Island Avenue N.W., Washington D.C. 20005.  Lend Lease insufficiently protected from freezing temperatures, through insulation or heat, a portion of the residential sprinkler system in the attic space above the condominium units. As a result, water inside the

sprinkler pipe froze and expanded. The ice eventually cracked the pipe, melted, and water leaked into the condominium units below and the common elements of the condominium.

**The Parties**

2.      At all times relevant to this Complaint, 1441 Rhode Island Avenue Condominium Association owned the condominium building (the "Condominium") located at 1441 Rhode Island Avenue, N.W., in the District of Columbia.

3.      At all times relevant to this Complaint, Plaintiff PIC was in good standing in the District of Columbia and was engaged in the business of insuring commercial and residential property in the District of Columbia and other states. PIC insured the Condominium Building on the date of loss.

4.      At all times relevant to this Complaint, Defendant Lend Lease was in good standing in the State of Maryland and the District of Columbia and was engaged in the business of constructing and renovating condominium buildings as a general contractor in the District of Columbia and other states.

**Facts**

5.      The condominium units at 1441 Rhode Island Avenue, N.W. were renovated and ready for occupancy in late 2004. .

6.      Upon information and belief, Lend Lease, as general contractor, along with its insulation subcontractor, were responsible for installing insulation in the condominium building, including the insulation around the sprinkler system in the attic space above Unit #321.

7.      Sometime on or before January 8, 2014, cold air penetrated the attic space above Unit #321 containing sprinkler piping. This sprinkler piping was filled with water which froze and expanded cracking a section of the sprinkler pipe

8.     When the ice inside the pipe melted sometime on or before January 8, 2014, water leaked out of the pipe and into other areas of the Condominium including Unit Nos. 321, 221, 121 and M21.

9.     An engineer hired by the Plaintiffs examined the site of the flood and determined that the loss resulted from inadequate insulation surrounding the sprinkler system pipe and/or other protective devices to maintain the temperature above freezing, which caused the water inside the pipe to freeze and crack the pipe.

10.     As a result of the January 8, 2014, flood, the Condominium, which includes the real property, fixtures, and contents, suffered extensive damage totaling $107,552.74.

11.     At all times relevant to this Complaint, PIC insured the Condominium Building owned by 1441 Rhode Island Avenue Condominium Association ("1441 RIACA"). PIC paid 1441 RIACA $107,552.74 for the losses it suffered from the flood and PIC became subrogated to the interests of 1441 RIACA for this amount.

12.     By reason of these premises, Plaintiffs have sustained damages in the sum of $107,552.74, as nearly as the same can be estimated, no part of which has been paid, although duly demanded.

### Count I: Negligence

13.     Plaintiffs incorporate by reference, as if fully set forth herein, the allegations contained in Paragraphs 1 through 12.

14.     Lend Lease, as general contractor for the construction of the Condominium Building, had a duty (a) to use reasonable and ordinary care when installing insulation in the building and when inspecting its work and the work of its sub-contractor, and (b) to perform its

work and supervise and direct the work of its sub-contractor in a workman-like manner at the
Condominium Building.

15.     Lend Lease breached its duties by (a) failing to properly install and supervise the
installation of the insulation around the sprinkler system in the Condominium Building, (b)
failing to install the insulation or other freezing protection, around the sprinkler system in
accordance with applicable master plans, designs, drawings, architectural renderings, or work
orders for the Condominium Building, (c) failing to install the insulation or other freezing
protection, in accordance with the applicable building code(s), and (d) failing to adequately
inspect its insulation work around the sprinkler system.

16.     As a direct and proximate result of the negligence of Lend Lease, Plaintiffs
suffered damages of $107,552.74, without any negligence of the Plaintiff.

## Count II – Breach of Contract

17.     Plaintiffs incorporate by reference, as if fully set forth herein, the allegations
contained in Paragraphs 1 through 16.

18.     Lend Lease and 1441 RIACA entered into a contract for the construction and
renovation of the Condominium Building at sometime prior to January 8, 2014.

19.     Lend Lease breached the contract by (a) failing to properly install and supervise
the installation of the insulation around the sprinkler system in the Condominium Building, (b)
failing to install the insulation or other freezing protection, around the sprinkler system in
accordance with applicable master plans, designs, drawings, architectural renderings, or work
orders for the Condominium Building, (c) failing to install the insulation or other freezing
protection, in accordance with the applicable building code(s), and (d) failing to adequately
inspect its insulation work around the sprinkler system.

20.    As a direct and proximate result of the material breach by Lend Lease, Plaintiffs have suffered damages of $107,552.74.

**WHEREFORE**, Plaintiffs, Philadelphia Insurance Company as subrogee of 1441 Rhode Island Avenue Condominium Association, request judgment be entered against Defendant, Lend Lease (U.S.) Construction, Inc., in the exact amount to be determined at trial but believed to be $107,552.74, plus costs of suit, pre-judgment interest, and such other and further relief as the Court deems just to provide.

## ELECTION OF JURY TRIAL

The Plaintiff elects a trial by jury on all issues in this matter.

Respectfully submitted,

**Skeen & Kauffman, LLP**

By:/s/ James D. Skeen
James D. Skeen
DC Bar No.: 388724
911 North Charles Street
Baltimore, MD 21201
Phone:  (410) 625-2252
Fax:    (410) 625-2292
jskeen@skaufflaw.com

*Attorneys for the Plaintiffs*
*Philadelphia Insurance Company, a/s/o*
*1441 Rhode Island Ave Condominium Association*



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Philadelphia Indemnity Ins. Co., et al,
_____
Plaintiff

vs.                                           Case Number _____

Lend Lease (U.S.) Construction Inc.
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

James D. Skeen
_____                    _Clerk of the Court_
Name of Plaintiff's Attorney

911 North Charles Street
_____          By _____
Address                                                        Deputy Clerk
Baltimore, MD 21201

410-625-2252
_____          Date _____
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                                    Demandante
                    contra

                                                              Número de Caso: _____

_____
                                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    _SECRETARIO DEL TRIBUNAL_

Nombre del abogado del Demandante
_____
                                                    Por: _____
Dirección                                                             Subsecretario
_____

                                                    Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
         번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W.. para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Philadelphia Indemnity Ins. Co., et al.  Case Number: _____

vs                                    Date: _April 20, 2015_____

Lend Lease (U.S.) Construction Inc.
_____   ☐ One of the defendants is being sued
                                      in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* James D. Skeen | Relationship to Lawsuit |
| Firm Name: Skeen & Kauffman, LLP | ☒ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:        Six digit Unified Bar No.:<br>410-625-2252              388724 | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury     ☒ 6 Person Jury          ☐ 12 Person Jury
Demand: $_107,552.74_____                Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____  Judge: _____  Calendar #:_____

Case No.:_____  Judge: _____  Calendar#:_____

## NATURE OF SUIT:     *(Check One Box Only)*

### A. CONTRACTS                                          COLLECTION CASES

☐ 01 Breach of Contract        ☐ 07 Personal Property        ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty        ☐ 09 Real Property-Real Estate ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument     ☐ 12 Specific Performance      ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees    ☐ 13 Employment Discrimination ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure/Judicial Sale

### B. PROPERTY TORTS

☐ 01 Automobile          ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion          ☒ 04 Property Damage                    ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

### C. PERSONAL TORTS

☐ 01 Abuse of Process           ☐ 09 Harassment                        ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection    ☐ 10 Invasion of Privacy                   Not Malpractice)
☐ 03 Assault and Battery        ☐ 11 Libel and Slander                 ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 12 Malicious Interference           ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation) ☐ 13 Malicious Prosecution             ☐ 20 Friendly Suit
☐ 06 False Accusation           ☐ 14 Malpractice Legal                 ☐ 21 Asbestos
☐ 07 False Arrest               ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                      ☐ 16 Negligence- (Not Automobile,      ☐ 23 Tobacco
                                   Not Malpractice)                    ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Oct 14

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

/s/ James D. Skeen

Attorney's Signature

4/20/15

Date