**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY, a/s/o, 1441 RHODE ISLAND AVENUE CONDOMINIUM ASSOCIATION,**<br><br>          Plaintiffs,<br><br>vs.<br><br>**LEND LEASE (U.S.) CONSTRUCTION, INC.**<br><br>          Defendant. | Civil Action Number: 1:15-CV-00765-EGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiffs, Philadelphia Indemnity Insurance Company, a/s/o 1441 Rhode Island Avenue Condominium Association and Defendant, Lend Lease (U.S.) Construction, Inc. by and through their attorneys undersigned and pursuant to Rule 41(a)(1)(A)(ii) Federal Rules of Civil Procedure and hereby dismiss this action as to all claims and as to all Defendants with prejudice.

Respectfully submitted this 19th day of December, 2017

/s/ James D. Skeen
James D. Skeen (DC State Bar Id. No. 388724)
Terry L. Goddard Jr. (MD15460)
SKEEN & KAUFFMAN, LLP
911 North Charles Street
Baltimore, MD 21201
(410) 625-2272
tgoddard@skaufflaw.com

Attorneys for Plaintiff

/s/ Chad E. Kurtz
Chad E. Kurtz (#1016934)
Emily M. Gurskis (#1023711)
Cozen O'Connor, P.C.
1200 19th Street NW, Suite 300
Washington, D.C. 20036
(202) 463-2521
ckurtz@cozen.com

Attorneys for Defendant